IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CRIMINAL NO. 5:01-CR-206-1F
CIVIL NO. 5:16-CV-181-F

| | |
|---|---|
| MARCUS JACKSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

The documents in the above captioned matter are hereby returned to you for failure to comply with our Local Rules of Practice and Procedure. The filings are deficient in the following respects:

(X) The Motion to Vacate under 28 U.S.C. § 2255 does not have an *original signature.*

( ) Other:

The Petitioner is DIRECTED to correct the deficiencies listed above and return the corrected documents within twenty-one (21) days from the filing of this order. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED, this __2__ day of April, 2016.

Robert B. Jones, Jr.
United States Magistrate Judge