IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:01-CR-00206-F-1
No. 5:16-CV-00181-F

| | |
|---|---|
| MARCUS JACKSON, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

This matter is before the court on Marcus Jackson's Motion to Amend [DE-28]. The United States Attorney is DIRECTED to respond to the Motion to Amend within **twenty (20)** days of the filing of this order.

Jackson asserts a challenge based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and he previously qualified for appointed counsel. Counsel was previously appointed pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015) and was permitted to withdraw.

SO ORDERED.

This 8th day of July, 2016.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE